1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

8 | J & J SPORTS PRODUCTIONS, INC.,    ) 1:12-cv-1513 LJO GSA

9 |                 Plaintiff,    )

10 |   v.    )

11 |                        )   **ORDER STAYING ACTION**

12 | DANIEL WAYNE FENSKE, and KELLY    )
ANN FENSKE, d/b/a SCORES SPORTS    )

13 | GRILL,    )

14 |            Defendants.    )

15

16       On December 5, 2012, Plaintiff, J & J Sports Productions, Inc. ("Plaintiff") filed a notice

17 that Defendants Daniel Wayne Fenske and Kelly Ann Fenske, d/b/a Scores Sports Grill

18 (Collectively, "Defendants"), filed for bankruptcy in the United States Bankruptcy Court, Eastern

19 District of California, Fresno Division on November 2, 2012. (Case No. 12-19236-A-7).

20 Accordingly, the instant case is stayed pending the resolution of those proceedings.  Plaintiff

21 shall file a status report every 120 days, beginning with the date this order is signed, outlining the

22 status of the bankruptcy proceedings, as well as its intentions regarding pursuing this matter

23 against Defendants once the bankruptcy proceedings have concluded.

24

25       IT IS SO ORDERED.

26 **Dated:    December 13, 2012**             **/s/ Gary S. Austin**

                                 UNITED STATES MAGISTRATE JUDGE

27

28