# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. CV F 12-1513 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE ACTION** (Doc. 10.) |
| vs. | |
| DANIEL WAYNE FENSKE, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this action in its entirety;

2. VACATES all pending matters and dates; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   March 14, 2013             /s/  Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE